# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

U.S.A.  
V.  
__Daniel Mitchell__    **JUDGMENT and ORDER TO PAY**    CITATION/CASE NO. __6:13-mj-0100-MJS__

SOCIAL SECURITY #: _____  
DATE OF BIRTH: _____  
DRIVER'S LICENSE #: _____  
ADDRESS: _____  
_____  
    City        State        Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT OR PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS: **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT.*

DATE: _____     _____  
                                                  Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) Penalty **ASSESSMENT** of $ __20.00__     ( ) **RESTITUTION** of $ _____

( ) **PROCESSING Fee** of $ _____     (✓) **FINE** of $ __580.00__

for a **TOTAL AMOUNT** of $ __600.00_____ ,

paid within __eleven months_____     **OR** payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments **could be subject to late/delinquent charges imposed by C.V.B.**

( ) REVIEW/ Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Courtroom _____  
( ) Compliance HEARING: _____ at _____ a.m. / p.m. in Courtroom _____  
( ) RESTITUTION / VICTIM information _____  
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____  
to be completed by _____ with Proof mailed to the Clerk Of Court.  
( ) TRAFFIC SCHOOL by _____ with Proof mailed to _____  
(✓) PROBATION to be unsupervised / supervised for: __Unsupervised Probation for 12 months. Terms and conditions:__  
Obey all laws, obtain valid drivers license within the first 3 months of probation. Report any new law violations to the Court through Counsel. Appeal rights waived.

**Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 71363<br>Philadelphia, PA 19176-1363<br>1-800-827-2982 | [ ] CLERK U.S.D.C.<br>501 "I" St., #4-200<br>Sacramento, CA 95814 | [✓] CLERK U.S.D.C<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |
|---|---|---|

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __09/24/2013_____     /s/ Laurie C. Yu_____  
                                                       U.S. MAGISTRATE JUDGE